**IN THE SUPREME COURT OF PENNSYLVANIA**

| | |
|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : No. 2475 Disciplinary Docket No. 3 |
| | : |
| Petitioner | : No. 50 DB 2018 |
| | : |
| v. | : Attorney Registration No. 204478 |
| | : |
| | : (Allegheny County) |
| PAUL IANNETTI, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 30th day of April, 2024, having failed to respond to a rule to show cause why Respondent should not be disbarred, the Rule is made absolute, and Paul Iannetti is disbarred from the Bar of this Commonwealth. *See* Pa.R.D.E. 208(f)(9). Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).